A. J. JONES v. THE STATE.

No. 23869. Delivered November 19, 1947.

114

*W. J. Baldwin,* of Beaumont, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for murder, punishment assessed at fifteen years in the penitentiary, from which conviction appellant appealed to this court.

It is now shown by proper affidavit that pending such appeal appellant died in Hardin County, Texas, on the 30th day of October, 1947.

The appeal is abated.